In the Matter of the Claim of JOSEPH ROSENKRANTZ, Respondent, against BLEECKER SHOE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the claimant against

the employer and the insurance carrier. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ANNIE SCHWARTZ, Respondent, against HITTLEMAN CONSTRUCTION CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.